IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DAISUKE ENOMOTO<br><br>Plaintiff,<br><br>v.<br><br>SPACE ADVENTURES, LTD.,<br><br>Defendant. | Case No. 1:08cv861-JCC/TCB |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Daisuke Enomoto and Defendant/Counterclaim Plaintiff Space Adventures, Ltd., through counsel, stipulate and agree that the above-captioned action is hereby dismissed with prejudice, including a dismissal with prejudice of all claims and counterclaims.

Each party will bear its own costs and attorneys' fees, and waives all rights of appeal.

**STIPULATED AND AGREED:**

*[signature]*

Conrad M. Shumadine (VSB No. 4325)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510-2197
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
cshumadine@wilsav.com

*Counsel for Daisuke Enomoto*

/s/ Edward J. Bennett
Edward J. Bennett (VSB No. 40118)
John M. McNichols (VSB No. 66663)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
ebennett@wc.com

*Counsel for Defendant Space Adventures, Ltd.*

Dated: July 6, 2009

**SO ORDERED:**

/s/
James C. Cacheris
United States District Judge
_____
UNITED STATES DISTRICT JUDGE

Dated: 7/10/ , 2009

2